SYMMEE S. STROH *v.* IRVING E. STROH

The motion by the defendant to vacate the judgment of the trial court holding him in contempt for failure to pay alimony, support and counsel fees in the appeal from the Superior Court in New Haven County is denied.

*Irving E. Stroh,* pro se, in support of the motion.

Submitted January 5—decided January 19, 1972

FIRST HARTFORD REALTY CORPORATION *v.* TOWN PLAN AND ZONING COMMISSION OF THE TOWN OF BLOOMFIELD

The petition by the defendant for certification for appeal from the Court of Common Pleas in Hartford County is granted.

*S. Frank D'Ercole,* in support of the petition.

*Ethel S. Sorokin,* in opposition.

Submitted January 11—decided January 19, 1972

RAYMONDE C. GELINAS *v.* BRAXTON T. NELSON

The motions dated January 5 and January 17, 1972, by the plaintiff-respondent for permission for extensions of time in which to file his brief on petition for certification by the Supreme Court are granted and the time for filing is extended to January 27, 1972.

*Francis J. MacGregor* and *Edward F. Reynolds, Jr.,* assistant attorneys general, in support of the motions.